**No. 49209.**—Protests 26406–K, etc., of S. A. Haram et al. (New York).

Opinion by Cole, J. Following the authorities cited in Abstract 15400, the court dismissed the protests.